UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLES WASSON, MAURICE POTTS,
BRUCE KAPLAN, SHARELENE DAWSON
a/k/a SHARELENE CRAWFORD, DESIREE
KING, LANISE GORTMAN, AARON
ALONSO THOMAS, VALECIA VERNETTE-
MICHEL LOGAN, ANTOINE ARNOLD,
USMAN AHMAD, DURAND BYNUM,
EBONY DANIELS, and ALLEN SATAWHITE,

        Defendants.

_____/

Case Number 24-20520
Honorable David M. Lawson

## PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d) and Eastern District of Michigan, Michigan Local Criminal Rule 1.1 (incorporating E.D. Mich. LR 1.1(c) and 26.4), and the stipulation of the parties (ECF No. 229), it is **ORDERED** that all of the terms of the protective order previously entered by the Court concerning other defendants in this matter (ECF No. 105) henceforth shall apply with full force and effect as to defendants Usman Ahmad, Durand Bynum, Ebony Daniels, Allen Satawhite and their counsel of record.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: July 10, 2025